UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Corey Dane Smith,<br><br>    Petitioner<br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents | Case No. 2:24-cv-01604-JAD-BNW<br><br>**Order Instructing the Petitioner to Either Pay the Filing Fee or Submit an IFP Application**<br><br>[ECF No. 1] |

    *Pro se* Petitioner Corey Dane Smith filed this 28 U.S.C. § 2241 petition for writ of habeas corpus[1] and did not either pay the required $5 filing fee or submit an application for leave to proceed *in forma pauperis* ("IFP").[2] This action will not proceed unless and until Smith either pays the $5 filing fee or submits a complete IFP application with all required documentation.

    **IT IS THEREFORE ORDERED** that the petitioner must either (1) **pay** the $5 filing fee **or** (2) **file** an IFP application that includes: (a) a financial certificate signed by petitioner and an authorized prison official, (b) a financial declaration and acknowledgement signed by petitioner, and (c) a copy of his inmate account statement for the six-month period prior to filing. **If he fails to do so by October 24, 2024, this case will be dismissed without prejudice and without further prior notice.** If petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

    The Clerk of Court is instructed to **SEND** petitioner a blank copy of the IFP application for incarcerated litigants along with two copies of this order.

                                                               _____
                                                              U.S. District Judge Jennifer A. Dorsey
                                                              Dated: September 9, 2024

---

[1] ECF No. 1-1.

[2] Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he submits an IFP application on the approved form. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.